UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SUNSET EQUITIES LTD. and RON HERSHCO, <br><br>                           Plaintiffs, <br><br> - against - <br><br> DONALD J. URGO & ASSOCIATES, LLC, URGO HOTEL MANAGEMENT, LLC, URGO HOTELS LP, UH NASSAU LIMITED, DONALD J. URGO, DONALD J. URGO JR., KEVIN URGO, and MATHEW JALAZO, <br><br>                           Defendants. | **ORDER** <br><br> 22 Civ. 8857 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss (see Dkt. No. 13 at 5; Dkt. No. 19):

1. Defendants' motion papers are due on **March 1, 2023**;

2. Plaintiffs' opposition is due on **March 22, 2023**; and

3. Defendants' reply, if any, is due on **March 29, 2023**.

Discovery will be stayed pending resolution of the motion to dismiss. The conference scheduled for February 9, 2023 is adjourned sine die. The Court will address Plaintiffs' pre-motion letter regarding a motion to dismiss Defendants' counterclaims (Dkt. No. 12) after Defendants' motion is resolved.

Dated: New York, New York
       February 8, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge