UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUNSET EQUITIES LTD. and RON HERSHCO,

        Plaintiffs,

- against -

DONALD J. URGO & ASSOCIATES, LLC, URGO HOTEL MANAGEMENT, LLC, URGO HOTELS LP, UH NASSAU LIMITED, DONALD J. URGO, DONALD J. URGO JR., KEVIN URGO, and MATHEW JALAZO,

        Defendants.

**ORDER**

22 Civ. 8857 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        In a July 11, 2023 letter, Plaintiffs' counsel, Bradley Gross, advised the Court that he has been suspended from the practice of law and can no longer represent Plaintiffs. (Dkt. No. 36).

        Plaintiff Sunset Equities Ltd., as a corporate entity, cannot appear other than through counsel. Accordingly, it must arrange for substitute counsel. See Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007) ("[A] limited liability company . . . may appear in federal court only through a licensed attorney."); United States ex rel. Mergent Servs. v. Flaherty, 540 F.3d 89, 92 (2d Cir. 2008) ("[A] layman may not represent a corporation even if the sole shareholder." (citations omitted)); see also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202-03 (1993).

Plaintiff Herscho, as an individual, may proceed pro se if he wishes.  By **May 10, 2024**, Plaintiff Hershco will advise this Court (1) whether he will proceed pro se or through counsel; and (2) what lawyer will represent sunset equities.

Dated: New York, New York
April 9, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge